No. 639.—GUZMÁN TEXIDOR, recurrente, *v.* REGISTRADOR DE LA PROPIEDAD DE GUAYAMA, recurrido.—Mayo 27, 1926.

POR CUANTO para la inscripción de un certificado de venta para cobro de contribuciones el registrador de la propiedad exigió que se le acreditase haber sido cumplidos los artículos 334, 336 y 342 del Código Político, por lo que el comprador interpuso este recurso gubernativo.

POR CUANTO en el caso de *Dieppa* v. *El Registrador,* 33 D.P.R. 880, fueron considerados los artículos citados y fué resuelto que antes de que una finca vendida pudiera ser inscrita debía aparecer que la notificación al dueño requerida por el artículo 342 había sido hecha.

POR CUANTO la cuestión propuesta en este recurso ha sido resuelta por nosotros en el caso citado, sin que el recurrente haga referencia a él.

POR TANTO debemos confirmar y confirmamos la negativa del registrador.

No. 2734.—EL PUEBLO, apldo., *v.* GARRIGA, aplte.—C. D. Humacao. Infracción del art. 553 del Código Penal. Mayo 27, 1926. Siendo la única cuestión levantada la suficiencia y apreciación de la prueba por la corte sentenciadora, y resultando suficientes las circunstancias expresadas por los testigos de cargo para sostener la conclusión a que llegó la corte inferior, en ausencia de explicación adecuada y habiendo el juez de distrito tácitamente rechazado la explicación de dichas circunstancias manifestada por el acusado y otro testigo de la defensa, y no existiendo error tan manifiesto que requiera la revocación, se confirmó la sentencia apelada.